IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CROP PRODUCTION SERVICES, INC.                    PLAINTIFF

v.                          No. 4:14-cv-405-DPM

CHARLES L. DAVIS; ROBERT C. DAVIS; and
B&C DAVIS FARM, INC., an Arkansas
Corporation                                      DEFENDANTS

## ORDER

Motion for default judgment, № 7, granted.  Crop Production Services

properly served Charles Davis, Robert Davis, and B&C Davis Farm on 15 July

2014. FED. R. CIV. P. 4(c); Ark. R. Civ. P. 4(d); № 2, 3, & 4.  All Defendants have

failed to answer or respond. FED. R. CIV. P. 55(a).  The Clerk entered a default

against all Defendants on 7 August 2014. № 6.

The debt owed to Crop Services of $130,752.50 is verified by an affidavit

from the Credit Manager for Crop Services. № 7-1.  No damages hearing is

needed in the circumstances, *Stephenson v. El-Batrawi*, 524 F.3d 907, 915–16

(8th Cir. 2008), and Crop Services is entitled to the full amount owed, plus

post-judgment interest. 28 U.S.C. § 1961(a)–(b).

Crop Services is also entitled to a reasonable attorney's fee under A.C.A.

§ 16-22-308, but the Court needs a bit more information.  The Court would

appreciate a supplemental filing by 3 November 2014 with specifics on the

fees and expenses incurred.   Are out-of-pocket expenses embraced by the

statute or are they a matter of costs under FED. R. CIV. P. 54(d)?  The Court will

postpone entering judgment until that loose end is tied up.

So Ordered.

D.P. Marshall Jr.
United States District Judge

24 October 2014