IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CROP PRODUCTION SERVICES, INC.                                    PLAINTIFF

v.                              No. 4:14-cv-405-DPM

CHARLES L. DAVIS; ROBERT C. DAVIS; and
B&C DAVIS FARM, INC., an Arkansas
Corporation                                                      DEFENDANTS

### ORDER

The Court appreciates Crop Production Services's supplement. The $1,350.00 fee requested is reasonable, especially in light of the commendable discount. The costs allowed by Rule 54 and the statute are $445.66. Postage is not recoverable; and the process fees aren't either because the U.S. Marshal didn't serve the papers. 28 U.S.C. § 1920(1); *Crues v. KFC Corp.*, 768 F.2d 230, 234 (8th Cir. 1985). The Court sees no legal basis to cover these expenses as part of the attorney's fee.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2014