IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CROP PRODUCTION SERVICES, INC.                                    PLAINTIFF

v.                            No. 4:14-cv-405-DPM

CHARLES L. DAVIS; ROBERT C. DAVIS; and
B&C DAVIS FARM, INC., an Arkansas
Corporation                                                       DEFENDANTS

## JUDGMENT

Crop Production Services, Inc., shall have judgment against Charles Davis, Robert Davis, and B&C Davis Farm for $132,548.16. This total includes:

| | |
|---|---|
| Damages | $130,752.50 |
| Costs | +   $445.66 |
| Attorney's Fees | + $1,350.00 |
| Total | $132,548.16 |

Post-judgment interest will accrue at 0.09% per annum from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b).

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 December 2014